# United States District Court
## Southern District of Georgia

Christopher Walker,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-111
CR416-157

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/2/18, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 petition. This case stands closed.



| 8/2/18 | Scott L. Poff |
|---|---|
| Date | Clerk |
|  | (By) Deputy Clerk |